UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 12, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                                      )
        Plaintiff, )
v. )
                                      )
MUMRAIZ KHAN, )
       Defendant. )
                                      )

Case No. MAG. 09-0086-EFB

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release MUMRAIZ KHAN, Case No. MAG. 09-0086-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___   Release on Personal Recognizance

   _X_   Bail Posted in the Sum of: $50,000.00.

          _X_   Unsecured Appearance Bond

          ___   Appearance Bond with Surety

          _X_   (Other) Conditions as stated on the record.

          ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  03/12/09  at 2:48 pm

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge