**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:**    **530.759.0700**
   **Facsimile:**    **530.759.0800**
**Attorney for Defendant**
MUMRAIZ KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 09-0138 MCE |
| Plaintiff, | |
| vs. | **REQUEST FOR WAIVER OF PRESENCE** |
| MUMRAIZ KHAN; et al., | |
| Defendants. | |

     Defendant MUMRAIZ KHAN, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, empanelment of jury and imposition of sentence.  Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

     Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays

1  under the Act without defendant being present.
2
3  Dated:    April 23, 2009            _See scanned doc for signature_
4                                       Defendant, MUMRAIZ KHAN
5
6  Approved: June 11, 2009             By: __/s/ Joseph J. Wiseman__
7                                           JOSEPH J. WISEMAN
                                             Attorney for Defendant
8                                            MUMRAIZ KHAN
9
10 Dated:    June 11, 2009              Respectfully submitted,
11
12                                      JOSEPH J. WISEMAN, P.C.
13
                                        By: __/s/ Joseph J. Wiseman__
14                                           JOSEPH J. WISEMAN
                                             Attorney for Defendant
15                                           MUMRAIZ KHAN
16
17 I approve the *Request for Waiver of Presence*.
18
19 DATED: June 23, 2009
20                                      _____
                                        MORRISON C. ENGLAND, JR
21                                      UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

2

Request for Waiver of Presence                       Case No. CR S CRS 09-0138 MCE