**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:**   **530.759.0700**
   **Facsimile:**   **530.759.0800**
**Attorney for Defendant**
MUMRAIZ KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-cr-00138-MCE |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **REQUEST FOR WAIVER OF** |
| ) | **PRESENCE AND ORDER** |
| ) | |
| MUMRAIZ KHAN; et al., ) | |
| ) | |
| Defendants. ) | |

Defendant MUMRAIZ KHAN, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

///

///

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant being present.

Dated:    April 23, 2009              _See scanned doc for signature_
                                       Defendant, MUMRAIZ KHAN


Approved:  June 11, 2009           By:  __/s/  Joseph J. Wiseman__
                                        JOSEPH J. WISEMAN
                                        Attorney for Defendant
                                        MUMRAIZ KHAN


Dated:    June 11, 2009            Respectfully submitted,

                                   JOSEPH J. WISEMAN, P.C.


                                   By:  __/s/  Joseph J. Wiseman__
                                        JOSEPH J. WISEMAN
                                        Attorney for Defendant
                                        MUMRAIZ KHAN


DATED: August 17, 2009

                                   _____
                                   MORRISON C. ENGLAND, JR
                                   UNITED STATES DISTRICT JUDGE

---

2

Request for Waiver of Presence                              Case No. CR S CRS 09-0138 MCE