UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable John A. Mendez<br>United States District Court Judge<br>Sacramento, California | **RE:  Mumraiz Khan**<br>**Docket Number:  2:09CR00138-02**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Mumraiz Khan is requesting permission to travel to Pakistan.   Mumraiz Khan is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On June 12, 2013, Mumraiz Khan was sentenced for the offenses of 7 USC 2024(b) - Unauthorized Use of Food Stamps and 18 USC 1957 – Monetary Transaction in Criminally Derived Property.

**Sentence Imposed:**  57 months custody Bureau of Prisons; 36 months Supervised Release; $200 special assessment

**Dates and Mode of Travel:**  The offender will wait until permission by the Court is granted to make his flight arrangements.  He will travel by air, with his son, who is paying for the trip.

**Purpose:**  The offender wishes to visit his mother in Pakistan, as she is old and in poor health.

**RE:    Mumraiz Khan
        Docket Number:  2:09CR00138-02-
        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

*/s/ Wendy Reyes*

Wendy Reyes
United States Probation Officer

Dated:   August 26, 2016
         Elk Grove, California
         WER/sda

*/s/ Brenda Barron-Harrell*
**REVIEWED BY:      Brenda Barron-Harrell
                    Supervising United States Probation Officer**

## ORDER OF THE COURT

☒     Approved          ☐     Disapproved

**8/30/2016**                              **/s/ John A. Mendez**
**Date**                                   **John A. Mendez
                                           United States District Court Judge**